UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREEN MOUNTAIN FINANCIAL FUND, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>LORI RAPPAPORT LACROIX, et al., <br><br>    Defendants/Third Party Plaintiffs, <br><br>v. <br><br>MARGUERITE DOWNS RAPPAPORT, et al., <br><br>    Third Party Defendants. | No. 1:09-cv-1216-SEB-TAB |

### Entry Directing Further Proceedings

The third party plaintiffs--Lori Rappaport LaCroix, Lori Rappaport LaCroix as trustee of the trust created under the last will and testament of Alfred Rappaport, Sylvia Rappaport, Courtney LaCroix, and Hunter LaCroix–shall have **through January 12, 2010,** in which to do the following:

1.   Show whether, when and how service of process was effected on each of the third party defendants and, as to each such third party defendant not yet properly served with the third party complaint, why the action should not be dismissed pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure*.

2.   Noting that Seventh Circuit precedent is clear that when a notice of removal is not supported in writing by all defendants, remand is required, *Gossmeyer v. McDonald*, 128 F.3d 481, 489 (7th Cir. 1997), **show cause** why the action should not be remanded as improperly removed because defendant Marguerite Downs Rappaport did not join in the removal and because the action could not be removed based solely on the third party complaint.

**IT IS SO ORDERED.**

Date: 12/10/2009

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jan M. Carroll, BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Charles Gregory Fifer, APPLEGATE & FIFER
gfifer@amflawyers.com

Kara M. Kapke, BARNES & THORNBURG LLP
kara.kapke@btlaw.com

Cynthia M Locke, STEWART & IRWIN, P.C.
clocke@silegal.com

Jennifer D. McNair, MERCER BELANGER
jmcnair@indylegal.com

Richard H. Riegner, STEWART & IRWIN P.C.
rriegner@silegal.com

Jeremy S. Rogers, DINSMORE & SHOHL
jeremy.rogers@dinslaw.com

Robyn R. Smith, SEILLER WATERMAN LLC
lurding@derbycitylaw.com

Lori Rappaport Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Sylvia Rappaport
1730 South Federal Highway #21
Delray Beach, FL 33483

Courtney Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Hunter Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483