# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREEN MOUNTAIN FINANCIAL FUND, LLC, <br><br> Plaintiff, <br> v. <br><br> LORI RAPPAPORT LACROIX, et al., <br><br>   Defendants/Third Party Plaintiffs, <br><br> v. <br><br> MARGUERITE DOWNS RAPPAPORT, et al., <br><br>   Third Party Defendants. | No. 1:09-cv-1216-SEB-TAB |

# E N T R Y

A motion to reconsider is appropriate where the court has misunderstood a party, where the court has made a decision outside the adversarial issues presented to the court by the parties, where the court has made an error of apprehension (not of reasoning), where a significant change in the law has occurred, or where significant new facts have been discovered. *Bank of Waunakee v. Rochester Cheese Sales, Inc.,* 906 F.2d 1185, 1191 (7th Cir. 1990). "[M]otions to reconsider are not at the disposal of parties who want to 'rehash' old arguments." *In re Oil Spill by "Amoco Cadiz" Off Coast of France on March 16, 1978,* 794 F.Supp. 261, 267 (N.D.Ill. 1992), aff'd, 4 F.3d 997 (7th Cir. 1993).

The movants have not shown the above circumstances with respect to the Entry of January 25, 2010, remanding the action to the state court from which it was removed. Their motions for reconsideration (dkt 121, 122, 123) are therefore **denied**.

**IT IS SO ORDERED.**

Date: 02/03/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jan M. Carroll
jan.carroll@btlaw.com

Charles Gregory Fifer
gfifer@amflawyers.com

Kara M. Kapke
kara.kapke@btlaw.com

Cynthia M Locke
clocke@silegal.com

Jennifer D. McNair
jmcnair@indylegal.com

Richard H. Riegner
rriegner@silegal.com

Jeremy S. Rogers
jeremy.rogers@dinslaw.com

Robyn R. Smith
lurding@derbycitylaw.com

Lori Rappaport Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Sylvia Rappaport
1730 South Federal Highway #21
Delray Beach, FL 33483

Courtney Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Hunter Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Richard H. C. Clay
richard.clay@dinslaw.com

John Christopher Sturgeon
chris.sturgeon@insightbb.com

Marguerite Downs Rappaport
55 Saint Marks Lane
Islip, New York 11751