**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| GREEN MOUNTAIN FINANCIAL FUND, LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:09-cv-1216-SEB-TAB |
| LORI RAPPAPORT LACROIX, et al., | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| vs. | ) | |
| MARGUERITE DOWNS RAPPAPORT, et al., | ) | |
| Third Party Defendants. | ) | |

**E N T R Y**

1. The renewed motion to vacate the Entry of September 27, 2011 filed by Lori Rappaport LaCroix and Lori Rappaport LaCroix, Trustee of the Trust, [294], is **denied.** *See Patel v. Gonzales* 442 F.3d 1011, 1015-16 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

2. Lori Rappaport LaCroix has filed a motion to disqualify Dennis Stilger, counsel for defendants Barry Bohannon and John George, alleging that he will be a material witness in this case. Rule 3.7 of the Indiana Rules of Professional Conduct provides the following:

> (a) A lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness unless:
> (1) the testimony relates to an uncontested issue;
> (2) the testimony relates to the nature and value of legal services rendered in the case; or
> (3) disqualification of the lawyer would work substantial hardship on the client.
> (b) A lawyer may act as advocate in a trial in which another lawyer in the

lawyer's firm is likely to be called as a witness unless precluded from doing so by Rule 1.7 or Rule 1.9.

Lori and defendants Bohannon and George shall have **through November 4, 2011**, in which to further discuss their position on the motion to disqualify. They should include a discussion of the application of Rule 3.7.

3. Each of the third party defendants shall have **through November 14, 2011**, in which to summarize briefly the claims against them in the third party complaint and their defenses to those claims.

**IT IS SO ORDERED.**

Date: ___10/25/2011___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Lori Rappaport Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Sylvia Rappaport
1730 South Federal Highway #21
Delray Beach, FL 33483

Courtney Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Hunter Lacroix
1730 South Federal Highway #212
Delray Beach, FL 33483

Marguerite Downs Rappaport
55 Saint Marks Lane
Islip, New York 11751